**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-34266 |
| ALEXANDER OSORIO | § | Chapter 7 |
| SANTOS P OSORIO | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                    Clerk of the Court
                    219 South Dearborn
                    Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 11/2/2012 in Courtroom 201,
                    United States Courthouse
                    Will County Court Annex Building
                    57 North Ottawa Street, Suite 201
                    Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/3/2012          By: _/s/ Joji Takada_
                                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| ALEXANDER OSORIO | § | Case No. 11-34266 |
| SANTOS P OSORIO | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 98,500.00 |
| and approved disbursements of | $ | 52,132.01 |
| leaving a balance on hand of[1] | $ | 46,367.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| | SC Advanced Physicians | $ 24,580.00 | $ 4,000.00 | $ 4,000.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 46,367.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Joji Takada | $ 0.00 | $ 0.00 | $ 7,425.00 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 9,678.00 | $ 0.00 | $ 9,678.00 |
| Other: Frank Gecker LLP | $ 192.20 | $ 0.00 | $ 192.20 |
| Other: INTERNATIONAL SURETIES | $ 7.54 | $ 7.54 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: John J. Malm | $ 33,124.47 | $ 33,124.47 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 17,295.20 |
| Remaining Balance | | $ | 29,072.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,319.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $ 12,045.92 | $ 0.00 | $ 3,635.89 |
| 2 | CHASE BANK USA N.A | $ 354.57 | $ 0.00 | $ 107.02 |
| 4 | Powder Mill, LLC | $ 55,211.96 | $ 0.00 | $ 16,664.96 |
| 5 | CACH, LLC | $ 23,349.41 | $ 0.00 | $ 7,047.69 |
| 6 | GE Capital Retail Bank | $ 2,837.13 | $ 0.00 | $ 856.35 |
| 7 | GE Capital Retail Bank | $ 2,417.99 | $ 0.00 | $ 729.84 |
| 8 | GE Capital Retail Bank | $ 102.81 | $ 0.00 | $ 31.04 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 29,072.79 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                            Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-34266-BWB
Alexander Osorio                                                    Chapter 7
Santos P Osorio
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko            Page 1 of 3            Date Rcvd: Oct 04, 2012
                              Form ID: pdf006           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2012.
db/jdb        +Alexander Osorio,    Santos P Osorio,    1611 Staton Lane,    Plainfield, IL 60586-2537
18295836      +Atlas Acquisitions LLC  (Citibank - Sears),    294 Union St.,    Hackensack, NJ 07601-4303
17699530      +Benjamin A. Klopman Chartered,    216 North Adams Street,    Rockville, MD 20850-1829
17699531      +Bierman Geesing And Ward LLC,    4520 East West Highway  #200,    Bethesda, MD 20814-3382
18373337      +CACH, LLC,   SquareTwo Financial,    4340 S. MONACO ST, 2ND FLOOR,    DENVER, CO 80237-3408
17699532      +Cach Llc,   4340 South Monaco St.  2nd Floor,    Denver, CO 80237-3408
17699534      +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
18344366       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17699535      +Chase-pier1,   Attn: Recovery,    Po Box 15298,    Wilmington, DE 19850-5298
17699536      +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17699537      +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,
                Kansas City, MO 64195-0363
17699538      +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
18057592      +Edinburgh Village H.O.A.,    C/O Lerch, Early & Brewer, CTHD,    3 Bethesda Metro Center, #460,
                Bethesda, MD 20814-6369
17699542      +Indymac Bank,    Attn:Bankruptcy,    2900 Esperanza Crossing,    Austin, TX 78758-3658
18057593      +Lerch Early & Brewer Chtd,    3 Bethesda Metro Center #460,    Bethesda, MD 20814-6369
17699545      +Merchants Cr,   223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18353762      +Powder Mill, LLC,    Benjamin A Klopman,    Attorney for Powder Mill, LLC,    216 North Adams Street,
                Rockville, MD 20850-1829
17699548      +Residential Credit Slt,    4282 North Fwy,    Fort Worth, TX 76137-5021
17699550      +Sears/cbna,   701 East 60th St N,    Sioux Falls, SD 57104-0432
17699552      +Tnb-Visa  (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   P.O.Box 9475,
                Minneapolis, MN 55440-9475
17699553     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
                Cincinnati, OH 45201)
17699554       Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17812918      +E-mail/Text: bnc@atlasacq.com Oct 05 2012 00:59:05     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
18508860       E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2012 01:10:22      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17699540      +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2012 01:10:49      Gemb/JC Penny,
                Attention:  Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
17699541      +E-mail/Text: bankruptcy.bnc@gt-cs.com Oct 05 2012 00:59:33      Green Tree Servicing L,
                Po Box 6172,    Rapid City, SD 57709-6172
17699543      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 05 2012 00:54:56      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
17699544      +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2012 01:11:40      Lowes / MBGA / GEMB,
                Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
17699547      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 05 2012 00:55:33      Midland Credit Management,
                Po Box 939019,    San Diego, CA 92193-9019
17699549      +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2012 01:12:02      Sams Club / GEMB,
                Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17699533*     +Cach Llc,   4340 South Monaco St.  2nd Floor,    Denver, CO 80237-3408
17699539*     +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
17699546*     +Merchants Cr,   223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
17699551*     +Sears/cbna,   701 East 60th St N,    Sioux Falls, SD 57104-0432
                                                                                  TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: lkorotko              Page 2 of 3             Date Rcvd: Oct 04, 2012
                              Form ID: pdf006             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2012**                              **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko            Page 3 of 3             Date Rcvd: Oct 04, 2012
                              Form ID: pdf006           Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2012 at the address(es) listed below:

        Cari A Kauffman    on behalf of Creditor   Residential Credit Solutions, Inc. ND-Four@il.cslegal.com
        Frances  Gecker    on behalf of Trustee Joji Takada fgecker@fgllp.com
        Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
        Micah R Krohn    on behalf of Trustee Joji Takada mkrohn@fgllp.com,
         ccarpenter@fgllp.com;rheiligman@fgllp.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Ronald D Cummings     on behalf of Debtor Alexander Osorio bankruptcylawyer@sbcglobal.net
        Terri M Long    on behalf of Creditor   OneWest Bank, FSB Courts@tmlong.com

                                                                                            TOTAL: 7