UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
ALEXANDER OSORIO § Case No. 11-34266
SANTOS P OSORIO §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants: Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Alexander Osorio |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Powder Mill, LLC |  |  |  |  |  |
|  | SC Advanced Physicians |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Frank Gecker LLP | | | | | |
| John J. Malm | | | | | |
| Frank Gecker LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | | | | | |
| 5 | CACH, LLC | | | | | |
| 2 | CHASE BANK USA N.A | | | | | |
| 6 | GE Capital Retail Bank | | | | | |
| 7 | GE Capital Retail Bank | | | | | |
| 8 | GE Capital Retail Bank | | | | | |
| 4 | Powder Mill, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-34266 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
|---|---|---|---|---|---|---|
| Case Name: | ALEXANDER OSORIO | | | | Date Filed (f) or Converted (c): | 08/22/2011 (f) |
| | SANTOS P OSORIO | | | | 341(a) Meeting Date: | 09/19/2011 |
| For Period Ending: | 01/19/2013 | | | | Claims Bar Date: | 03/21/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 1611 STATON LANE, | 242,000.00 | 0.00 | | 0.00 | FA |
| 2. 7634 KILCREGGAN TERRACE, GAITHERSBURG MD 20899 | 240,000.00 | 0.00 | | 0.00 | FA |
| 3. 557 E NEW YORK AVENUE, AURORA | 99,000.00 | 0.00 | | 0.00 | FA |
| 4. BANK OF AMERICA CHECKING AND SAVINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. MISC FURNITURE AND APPLIANCES | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. NECESSARY CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL INJURY CLAIM HANDLED BY JOHN J. MALM 17 | 15,000.00 | 0.00 | | 98,500.00 | FA |
| 8. 1995 HONDA ACCORD | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 1996 TOYOTA CORROLA | 1,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)　　　　$602,300.00　　　　$0.00　　　　$98,500.00　　　　$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

113011--Telephone conference and correspondence with personal injury lawyer re: Debtor's claim; Need further information re: special damages, lien claimants and potential recovery.
122011--Correspondence with PI lawyer re: Debtor's PI claim; Will follow up with counsel after New Year.
011112--Telephone conference with PI lawyer re: Debtor's PI claim; Anticipate claim in excess of $50000.00; Settlement proposal is policy amount of $100,000.00; Prepare application to approve counsel for estate.
100312--TFR filed.
110812--Distribution made; Checks cut.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 08/22/2013     Current Projected Date of Final Report (TFR): 08/22/2013

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-34266 | Trustee Name: | Joji Takada |
|---|---|---|---|
| Case Name: | ALEXANDER OSORIO | Bank Name: | Congressional Bank |
| | SANTOS P OSORIO | Account Number/CD#: | XXXXXX6963 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX0744 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/19/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/12 | 7 | Allstate | Settlement funds Settlement of personal injury claim | 1129-000 | $98,500.00 | | $98,500.00 |
| 05/21/12 | 1001 | Alexander Osorio 1611 Staton Lane Plainfield, Illinois 60586 | Settlement funds Debtor's exemption in personal injury settlement | 8100-002 | | $15,000.00 | $83,500.00 |
| 05/21/12 | 1002 | John J. Malm 1730 Park Street, Suite 210 Naperville, Illinois 60563 | Administrative Expense Special counsel fee regarding persona injury settlement | 3210-000 | | $33,124.47 | $50,375.53 |
| 05/29/12 | 1003 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | $7.54 | $50,367.99 |
| 07/23/12 | 1004 | Advanced Physicians, SC 16101 Weber Road Crest Hill, Illinois  60403 | Payment to Compromise | 4220-000 | | $4,000.00 | $46,367.99 |
| 11/08/12 | 1005 | Joji Takada 6336 North Cicero Avenue Chicago, IL  60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $7,425.00 | $38,942.99 |
| 11/08/12 | 1006 | Frank Gecker LLP 325 North LaSalle Street Suite 625 Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $192.20 | $38,750.79 |
| 11/08/12 | 1007 | Frank Gecker LLP 325 North LaSalle #625 Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $9,678.00 | $29,072.79 |
| 11/08/12 | 1008 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | Final distribution to claim 1 representing a payment of 30.18 % per court order. | 7100-000 | | $3,635.89 | $25,436.90 |
| 11/08/12 | 1009 | CHASE BANK USA N. A PO Box 15145 Wilmington, DE  19850-5145 | Final distribution to claim 2 representing a payment of 30.18 % per court order. | 7100-000 | | $107.02 | $25,329.88 |
| 11/08/12 | 1010 | Powder Mill, LLC c/o Benjamin A Klopman 216 North Adams Street Rockville, MD 20850 | Final distribution to claim 4 representing a payment of 30.18 % per court order. | 7100-000 | | $16,664.96 | $8,664.92 |

Page Subtotals: $98,500.00  $89,835.08

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-34266 | Trustee Name: | Joji Takada |
| Case Name: | ALEXANDER OSORIO | Bank Name: | Congressional Bank |
| | SANTOS P OSORIO | Account Number/CD#: | XXXXXX6963 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX0744 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/19/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/08/12 | 1011 | CACH, LLC<br>SquareTwo Financial<br>4340 S. MONACO ST, 2ND FLOOR<br>DENVER, CO 80237 | Final distribution to claim 5 representing a payment of 30.18 % per court order. | 7100-000 | | $7,047.69 | $1,617.23 |
| 11/08/12 | 1012 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution to claim 6 representing a payment of 30.18 % per court order. | 7100-000 | | $856.35 | $760.88 |
| 11/08/12 | 1013 | GE Capital Retail Bank<br>GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution to claim 7 representing a payment of 30.18 % per court order. | 7100-000 | | $729.84 | $31.04 |
| 11/08/12 | 1014 | GE Capital Retail Bank<br>GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final distribution to claim 8 representing a payment of 30.18 % per court order. | 7100-000 | | $31.04 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $98,500.00 | $98,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $98,500.00 | $98,500.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $98,500.00 | $83,500.00 |

Page Subtotals: $0.00   $8,664.92

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6963 - Checking Account | $98,500.00 | $83,500.00 | $0.00 |
| | $98,500.00 | $83,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $98,500.00 |
| Total Gross Receipts: | $98,500.00 |

Page Subtotals:           $0.00        $0.00